IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

```
DEPARTMENT OF EDUCATION,      ) CIVIL NO. 05-00663 DAE-KSC
STATE OF HAWAII,              )
                              ) FINDINGS AND
          Plaintiffs,         ) RECOMMENDATION TO DENY
                              ) DEFENDANTS' MOTION FOR
    vs.                       ) ATTORNEYS' FEES
                              )
B.V. and R.D., on behalf of   )
their child, T.V.,            )
                              )
                              )
          Defendants.         )
_____)
```

FINDINGS AND RECOMMENDATION TO DENY DEFENDANTS' MOTION
FOR ATTORNEYS' FEES

On July 24, 2006, Defendants B.V. and R.D., on behalf of their child, T.V. ("Defendants") filed a Motion for Attorney's Fees Following Decision on Appeal ("Motion"). Pursuant to Fed. R. Civ. P. 54(d)(1), this matter was designated to this Court by United States District Judge David Alan Ezra on July 26, 2006. Pursuant to LR 7.2(d), the Court finds this Motion suitable for disposition without a hearing.

In Defendants' Motion, Defendants request $7,839.28 in attorneys' fees and costs. On August 4, 2006, Plaintiff Department of Education, State of Hawaii ("Plaintiff") filed an opposition ("Opposition"). On August 7, 2006, Defendants filed a Statement of Lack of Consultation on Attorney's Fees. On August 9, 2006, Defendants filed a reply ("Reply").

On July 18, 2006, Judge Ezra issued an Order Denying Plaintiff's Appeal of Administrative Hearing Officer's Final Judgment. Pursuant to 20 U.S.C. § 1415(i)(3)(B)(i)(I), Judge Ezra found that Defendants were entitled "to attorneys' fees and related costs for the impartial due process hearing and the instant complaint before this Court." July 18, 2006 Order at 13. Judge Ezra found that Defendants were not entitled to attorney's fees for the resolution session. Id. In addition, Judge Ezra found that a reduction in Defendants' attorneys' fees award was warranted due to insufficiently detailed time entries and the unreasonable entry listed on June 3, 2006. Id. at 16–

17.  Accordingly, Judge Ezra awarded Defendants a total of $5,250.00 in attorneys' fees.

In Defendants' instant Motion, Defendants request $7,775.00 in attorneys' fees and $64.28 in costs.  Plaintiff argues that the Court should deny Defendants' Motion as moot because Judge Ezra has already ruled with respect to Defendants' entitlement to attorneys' fees in this case.  In Defendants' Reply, Defendants reduce the amount of attorneys' fees and costs requested in their Motion to $4,618.25 to reflect the attorneys' fees award already granted by Judge Ezra.  Defendants submit that "[t]he current motion for attorney's fees is based on the work performed by the attorney not previously included in the earlier claim."  Reply at 2.

The Court, in considering Judge Ezra's ruling and the belated filing of Defendants' Motion, FINDS and RECOMMENDS that Defendants' Motion be DENIED without prejudice to Defendants filing a motion for reconsideration of Judge Ezra's July 18, 2006 Order.

IT IS SO FOUND AND RECOMMENDED.

Dated:  Honolulu, Hawaii, August 11, 2006.



_____
Kevin S.C. Chang
United States Magistrate Judge

CIVIL NO. 05-00663 DAE-KSC.  <u>DEPARTMENT OF EDUCATION, STATE OF HAWAII v. B.V. and R.D., on behalf of their child, T.V.</u>; FINDINGS AND RECOMMENDATION TO DENY DEFENDANTS' MOTION FOR ATTORNEYS' FEES